**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| State Farm Fire and Casualty Company, | Case No. 18-cv-222 PAM/SER |
| Plaintiff, | |
| vs. | **PLAINTIFF STATE FARM FIRE AND CASUALTY COMPANY'S CONSOLIDATED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DEBRA GEISTER, NAVIGATOR CONSULTING GROUP, LLC, AND EXZAC INC., D/B/A MATRIX-IFS** |
| Debra Geister; Andy Smit; Navigator Consulting Group, LLC; and Exzac, Inc. d/b/a Matrix-IFS, | |
| Defendants. | |

---

## **MOTION**

State Farm Fire and Casualty Company ("State Farm"), by its counsel, moves for default judgment against Defendants Debra Geister ("Geister"), Navigator Consulting Group, LLC ("Navigator"), and Exzac, Inc. d/b/a Matrix-IFS ("Exzac"), and respectfully requests that the Court, under Fed. R. Civ. P. 55(b)(2), enter judgment by default against Geister, Navigator, and Exzac. The motion is based upon all the files, records, pleadings, and proceedings and the arguments of counsel.

2

| | |
|---|---|
| Dated:  November 16, 2018 | **HKM, P.A.** |
| | s/ Lehoan T. Pham |
| | C. Todd Koebele #17287X |
| | Michelle Christensen #23476X |
| | Lehoan T. Pham, #0397635 |
| | 30 East Seventh Street, Suite 3200 |
| | St. Paul, MN  55101-4919 |
| | (651) 227-9411 |
| | tkoebele@hkmlawgroup.com |
| | mchristensen@hkmlawgroup.com |
| | lpham@hkmlawgroup.com |
| | |
| | *Attorneys for Plaintiff State Farm Fire and Casualty Company* |

4838-9164-2481, v. 1